1  David R. Krause-Leemon, CA State Bar No. 185719
   Wayne E. Beaudoin, CA State Bar No. 184896
2  BEAUDOIN & KRAUSE-LEEMON, LLP
   15165 Ventura Boulevard, Suite 400          **Link to [20]**
3  Sherman Oaks, CA 91403
   Telephone No.: 818.205.2815
4  Fax No.: 818.788.8104                       JS-6
   Email: david@bk-llaw.com
5  Email: wayne@bk-llaw.com

6  Attorneys for respondent CHRIS ZIMMERMAN

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 | BRG SPORTS, INC. f/k/a          | Case No. 02:16-cv-2464
   | EASTON-BELL SPORTS, INC.;       |
12 | BRG SPORTS, LLC f/k/a EASTON-   | ORDER ON MOTION TO REMAND
13 | BELL SPORTS, LLC,               | AND STIPULATION THERETO
   |                                 |
14 |     Petitioner,                 |
   |                                 |
15 | v.                              |
   |                                 |
16 |                                 |
   | CHRIS ZIMMERMAN,                |
17 |                                 |
   |     Respondent.                 |
18 |                                 |

19

20

21

22

23

24

25

26  / / /

27  / / /

28  / / /

1

ORDER

The Court having reviewed the Motion to Remand filed by BRG SPORTS, INC. f/k/a EASTON-BELL SPORTS, INC. and BRG SPORTS, LLC f/k/a EASTON-BELL SPORTS, LLC (collectively "BRG SPORTS"), the Stipulation by and between the parties and the Statement of Non-Opposition offered by removing party, CHRIS ZIMMERMAN, and good cause appearing, orders as follows:

Pursuant to 28 U.S.C. §1447, United Stated District Court Central District of California case number 02:16-cv-2464, styled <u>BRG SPORTS, INC. f/k/a EASTON-BELL SPORTS, INC., et al. v. CHRIS ZIMMERMAN</u>, is hereby remanded to the Los Angeles Superior Court for all further proceedings.

IT IS SO ORDERED.

DATED: May 16, 2016      _____
HONORABLE R. GARY KLAUSNER
JUDGE, UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA